[No. 3487–9–III. Division Three. September 30, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY WAYNE TOMBARI, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–1–00095–8, Philip J. Thompson, J., entered May 14, 1979. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 3666–II. Division Two. October 1, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WAYNE GUFFEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 52991, James P. Healy, J., entered August 7, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Petrie, J., and Johnson, J. Pro Tem.

[No. 3658–II. Division Two. October 2, 1980.]

RUBEN STOLIBY, ET AL, *Appellants*, v. LOCAL UNION NO. 695, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 45056, Frank L. Price, J., entered September 1, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.